1  Michael L. Tusken, Esq. (CBN 175715)
   LAW OFFICES OF MICHAEL L. TUSKEN
2  1510 W Whittier Blvd # 42
3  La Habra, CA 90631
   TEL:   (562) 365-9465
4  FAX:   (562) 252-8529
   EMAIL: Michael@TuskenLaw.com
5
6  Attorney for MAGGIE CHIALI LEE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MAGGIE CHIALI LEE )   Case No. 2:25-cv-03975
                  )
    Plaintiff,    )   **COMPLAINT FOR WRIT IN**
                  )   **THE NATURE OF MANDAMUS**
    v.            )
                  )
PAM BONDI, ATTORNEY )
GENERAL, UNITED STATES )
DEPARTMENT OF JUSTICE )
                  )
    Defendant.    )

-1-

1   This action is brought against Defendant PAM BONDI, ATTORNEY
2 GENERAL, UNITED STATES DEPARTMENT OF JUSTICE to compel the
3 Board of Immigration Appeals (hereinafter "BIA"), a division of the Executive
4 Office for Immigration Review ("EOIR"), an agency of the Department of Justice,
5 to make a decision regarding the appeal filed by Plaintiff MAGGIE CHALI LEE
6 with BIA, from a decision by the United States Citizenship and Immigration
7 Review (hereinafter "USCIS") denying her I-130 Petition (Petition to Classify
8 Alien Relative) on behalf of her husband, the Beneficiary MING HUA LI
9 (hereinafter "MING"). The USCIS Administrative file number for MING is A094-
10 901-404.
11   The appeal was filed by Plaintiff's counsel Franklin W. Nelson and received
12 by USCIS on June 5, 2018. Mr. Nelson received Receipt # WAC1890283376
13 from USCIS when he filed the appeal. *See* **EXHIBIT 1** (Receipt No.
14 WAC1890283376 for MING HUA LI). USCIS transferred the appeal to the BIA
15 on May 30, 2019. *See* **EXHIBIT 2** (Transfer Notice).
16   The I-130 Petition of Plaintiff MAGGIE for MING was filed on August 26,
17 2011 (USCIS Receipt # WAC1190644742) and initially denied on October 22,
18 2013, based on Section 204(c) under the marriage fraud provision which allows
19 USCIS to deny a present I-130 Petition if the Beneficiary's prior marriage to a U.S.
20 citizen was deemed fraudulent.
21   The couple appealed the denial to the BIA, and on April 30, 2015, the BIA
22 vacated the decision of USCIS and remanded the case back to the USCIS for a new
23 decision. *See* **EXHIBIT 3** (BIA Decision of April 30, 2015). The new decision of
24 USCIS which is the subject of the pending appeal referenced above, was issued
25 May 3, 2018. *See* **EXHIBIT 4** (USCIS Denial of I-130 Petition after Remand by
26 BIA). The appeal was timely filed (30 days plus 3 days for mailing). BIA has not
27 adjudicated the appeal since the 2018 filing.
28

During the pendency of the I-130 Petition, MING was in removal proceedings before an Immigration Judge (hereinafter "IJ"), and his file number in the proceedings was A094-901-404, the same file number used on the I-130 Petition to identify the Beneficiary MING.  After numerous IJ hearings, MING was denied cancellation of removal relief before the IJ, and he appealed the decision of the IJ to the BIA, the body that adjudicates appeals both of denied I-130 Petitions and denied cancellations of removal.

MING's appeal of the denied cancellation of removal was dismissed on February 18, 2025, and he then filed a Petition for Review (hereinafter "PFR") with the Ninth Circuit Court of Appeals, which currently is pending.

With respect to the appeal of the denied I-130 Petition to the BIA, to date that appeal remains unadjudicated by the BIA.  **This mandamus pertains <u>only</u> to the USCIS denial of the I-130 Petition (USCIS Receipt # WAC1890283376) filed on June 5, 2018, and received by the BIA from USCIS on May 30, 2019.**

Recently, USCIS has adopted a practice of seeking a remand from the BIA back to the USCIS "to fully develop the case."  This practice has culminated in an illegal expansion of the administrative record and, under no circumstances, will Plaintiff accede to a remand from the BIA to USCIS, except in the instance where the BIA sustains the appeal.

## PARTIES

1.  Plaintiff MAGGIE CHIALI LEE is a U.S. citizen, and the wife of Beneficiary MING HUA LI, who is a Chinese national.  They currently reside in Los Angeles County, California.

2.  Defendant PAM BONDI is the Attorney General of the United States and oversees the Department of Justice (hereinafter "DOJ").  Defendant is sued in her official capacity and as agency head.  The Executive Office for Immigration

Review (hereinafter "EOIR") is part of the DOJ and is under the authority of the Attorney General. The BIA is a component of the EOIR and is overseen by it.

## JURISDICTION

3. Jurisdiction in this case is proper under 28 U.S.C. Sections 1331 and 1361. Relief is requested pursuant to said statutes.

## VENUE

4. Venue is proper in this court, pursuant to 28 U.S.C. Section 1391(e)(1)(c), in that this is an action against an officer of an agency of the United States in her official capacity, brought in the Central District of California where the Plaintiff resides, as no real property is involved in the action.

## EXHAUSTION OF REMEDIES

5. Plaintiff has exhausted her administrative remedies. Plaintiff made inquiries concerning the status of the I-130 Petition, to no avail.

## REMEDY SOUGHT

6. Plaintiff seeks to have the Court compel the Attorney General to compel the EOIR and BIA to issue a decision on the pending I-130 Appeal, as required by law.

7. The stated processing time for such appeals is well passed its time, and Plaintiff has been waiting seven (7) years for the BIA to adjudicate her appeal.

8. There is nothing more for the Plaintiff to do but wait for the BIA to adjudicate the Appeal.

## FIRST CAUSE OF ACTION
## MANDAMUS REGARDING ISSUANCE OF DECISION AS TO APPEAL OF THE DENIAL OF PLAINTIFFS' I-130 PETITION

9. Plaintiff hereby incorporates paragraphs 1 through 8 as enumerated above.

10. Defendant has not responded to Plaintiff's requests to review the matter and to indicate a timeline for issuing a decision on Appeal of the denial of the I-130 Petition.

11. A Complaint for Writ in the Nature of Mandamus is appropriate because there is no other remedy at law.

12. Plaintiff has been forced to retain the services of an attorney to pursue the instant action.

## PRAYER

WHEREFORE Plaintiff respectfully prays that Defendant be cited to appear herein, and that upon due consideration, the Court enter an order as follows:

1. Requiring Defendant to issue a decision as to the pending Appeal of the denied I-130 Petition of MAGGIE on behalf of MING;

2. Awarding Plaintiff's reasonable attorneys' fees; and

3. Granting such other relief at law or in equity as the Court deems appropriate.

May 4, 2025                                  Respectfully submitted,

                                              Law Offices of Michael L. Tusken

                                              /s/ Michael L. Tusken
                                              Michael L. Tusken
                                              Attorney for Plaintiffs